# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 10 WAL 2019

                      Respondent   :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

                         v.   :

ORLANDO STANFORD,   :

                      Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.